**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WEEKS, individually and on behalf of all others situated;<br><br>        Plaintiff,<br><br>    vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.  2:19-cv-06780-FMO-AS<br><br>**PLAINTIFF'S NOTICE OF RECENT DECISION PERTINENT TO MOTION TO DISMISS**<br><br><br>Complaint Filed: August 5, 2019<br>Amended Complaint Filed: November 22, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:**

Plaintiff hereby provides notice of the recent decision, *Dewayne Johnson v. Monsanto Company*, 2020 Cal. App. LEXIS 675 (Cal.App.2 Dist.), dated July 20, 2020. This decision is relevant to the parties' preemption analyses in their briefing on Defendant's motion to dismiss. A copy of *Johnson v. Monsanto Company* is attached hereto as **Exhibit A.**

Dated: July 22, 2020                    Respectfully submitted,

_____
Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**

*Counsel for Plaintiff and the Proposed Class*