| | |
|---|---|
| DEAN J. ZIPSER (SBN 94680)<br>dzipser@umbergzipser.com<br>ADINA W. STOWELL (SBN 211719)<br>astowell@umbergzipser.com<br>UMBERG ZIPSER LLP<br>1920 Main Street, Suite 750<br>Irvine, CA 92614<br>Telephone: (949) 679-0052<br>Fax: (949) 679-0461<br><br>STEPHEN B. DEVEREAUX<br>(admitted *pro hac vice*)<br>sdevereaux@kslaw.com<br>S. STEWART HASKINS<br>(*pro hac vice* forthcoming)<br>shaskins@kslaw.com<br>MADISON H. KITCHENS<br>(admitted *pro hac vice*)<br>mkitchens@kslaw.com<br>KING & SPALDING LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Telephone: (404) 572-4600<br>Fax: (404) 572-5100<br><br>*Attorneys for Defendant*<br>*HOME DEPOT USA, INC.* | GILLIAN L. WADE (SBN 229124)<br>gwade@mjfwlaw.com<br>SARA D. AVILA (SBN 263213)<br>savila@mjfwlaw.com<br>MARC A. CASTANEDA (SBN 299001)<br>mcastaneda@mjfwlaw.com<br>MILSTEIN JACKSON FAIRCHILD & WADE, LLP<br>10250 Constellation Blvd., Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 396-9600<br>Fax: (310) 396-9635<br><br>*Attorneys for Plaintiff*<br>*JAMES WEEKS* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WEEKS, individually and on behalf of all others situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-06780-FMO-AS<br><br>**JOINT STIPULATION AMENDING DEADLINES SET FORTH IN THE COURT'S SCHEDULING AND CASE MANAGEMENT ORDER (ECF NO. 42)** |

{204630.1}

**JOINT STIPULATION AMENDING DEADLINES**
CASE NO.  2:19-CV-06780-FMO-AS

Plaintiff James Weeks ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Home Depot") hereby submit this Joint Stipulation Amending the Deadlines Set Forth in the Court's Scheduling and Case Management Order (ECF No. 42), respectfully showing the Court as follows:

**WHEREAS**, on February 13, 2020, the Court entered a Scheduling and Case Management Order re: Class Action & Representative Actions (ECF No. 42) (hereafter, the "Scheduling Order") setting the following deadlines:

| | |
|---|---|
| Mediation deadline | September 14, 2020 |
| Deadline to complete fact discovery | September 14, 2020 |
| Initial expert witness disclosures due | September 28, 2020 |
| Rebuttal expert disclosures due | October 28, 2020 |
| Deadline to complete expert discovery | November 30, 2020 |
| Deadline to file motion for class certification | December 30, 2020 |
| Deadline to file motions for summary judgment/dispositive motions | January 29, 2021 |

**WHEREAS**, the Parties' briefing on Home Depot's pending motion to dismiss was completed on February 27, 2020;

**WHEREAS**, during the pendency of the motion, the parties have diligently engaged in discovery. Among other things, Plaintiff served three sets of requests for production, two sets of interrogatories, and one set of requests for admission. Similarly, Home Depot has served one set of requests for production, one set of interrogatories, and one set of requests for admission;

**WHEREAS**, the Parties are currently in the process of meeting and conferring about their respective written discovery responses and discussing the scope and timing of their document productions;

**WHEREAS**, in addition to meeting and conferring about their respective discovery responses, the Parties have worked diligently to collect, review, and prepare responsive documents for production. Notwithstanding the Parties' efforts, given the volume and complexity of the information requested in discovery—in addition to remote-working challenges posed by the COVID-19 pandemic—the Parties have not completed their document productions;

**WHEREAS**, the Parties likewise do not anticipate that they will be able to complete necessary fact witness depositions, including Plaintiff's deposition and the Fed. R. Civ. P. 30(b)(6) deposition of Home Depot, before the current fact discovery deadline of September 14, 2020, in part because the Parties desire to take these depositions after their respective document productions are more complete;

**WHEREAS**, in light of these issues, the parties have met and conferred to discuss the discovery that remains to be completed and the time required to complete such discovery, and have agreed that an additional sixty days is required;

**WHEREAS**, the Parties have not previously requested and the Court has not previously granted any extension of the fact discovery deadline or the other deadlines set forth in the Court's Scheduling Order; and

**WHEREAS**, the Parties' request to extend the deadlines set forth in the Court's Scheduling Order is made in good faith and not for purposes of delay.

**NOW THEREFORE**, subject to approval of the Court, the Parties hereby stipulate and agree that the deadlines set forth in the Court's Scheduling Order should be extended as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Mediation deadline | September 14, 2020 | November 13, 2020 |
| Deadline to complete fact discovery | September 14, 2020 | November 13, 2020 |

| Initial expert witness disclosures due | September 28, 2020 | November 30, 2020* |
| --- | --- | --- |
| Rebuttal expert disclosures due | October 28, 2020 | January 6, 2021* |
| Deadline to complete expert discovery | November 30, 2020 | January 29, 2021 |
| Deadline to file motion for class certification | December 30, 2020 | January 29, 2021 |
| Deadline to file motions for summary judgment/dispositive motions | January 29, 2021 | March 30, 2021 |

* Deadline slightly adjusted due to holidays.

**SO STIPULATED.**

Dated: August 19, 2020

UMBERG ZIPSER LLP

*/s/ Adina W. Stowell*
Adina W. Stowell

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

Dated: August 19, 2020

MILSTEIN JACKSON FAIRCHILD & WADE, LLP

*/s/ Gillian Wade*
Gillian Wade

Attorneys for Plaintiff
JAMES WEEKS

{204630.1}

**ATTESTATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from every other signatory of this document.

Dated: August 19, 2020

/s/ *Adina W. Stowell*
Adina W. Stowell

{204630.1}

5
**JOINT STIPULATION AMENDING DEADLINES**
CASE NO. 2:19-CV-06780